IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Ernestine Lopez; Margaret R. Padilla; And Laura Rose,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Family Dollar Stores of New Mexico, Inc.,<br><br>　　　　　Defendant. | Case No.  CV 2008-00460 JB-WPL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through undersigned counsel, hereby stipulate that this action be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 4th day of August, 2008.

| | |
|---|---|
| *s/ Eric D. Dixon (with permission)* | *s/ R. Shawn Oller* |
| Eric D. Dixon | R. Shawn Oller |
| Attorney and Counselor at Law, P.A. | LITTLER MENDELSON |
| 301 South Avenue A | 2425 East Camelback Road, Suite 900 |
| Portales, NM  88130 | Phoenix, AZ 85016 |
| 575-359-1233 | 602-474-3608 |
| 575-356-4946 (fax) | 602-926-8757 (fax) |
| dixonlawoffice@qwestoffice.net | soller@littler.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

　　*s/ R. Shawn Oller*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants this 4th day of August, 2008:

Eric D. Dixon
301 South Avenue A
Portales, NM  88130
*Attorney for Plaintiff*


　　　　*s/ Leslie Boone*

Firmwide:85901934.1 053439.1101